FILED: January 13, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1704 (L)
(5:13-cv-00278-F)
(12-04729-8-RDD)

_____

BURCAM CAPITAL II, LLC,

       Debtor – Appellant,

  v.

U. S. BANK NATIONAL ASSOCIATION, as Trustee, successor-in-interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of Greenwich Capital Commercial Funding Corp., Commercial Mortgage Trust 2004-GG1, Commercial Mortgage Pass-Through Certificates, Series 2004-GG1; BANK OF AMERICA, N.A., successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of Mezz Cap Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2004-C1, by and through CWCapital Asset Management LLC, solely in its capacity as Special Servicer,

       Creditors – Appellees.

_____

No. 14-1706
(5:13-cv-00279-F)
(12-04729-8-RDD)

_____

BURCAM CAPITAL II, LLC,

    Debtor – Appellant,

  v.

U. S. BANK NATIONAL ASSOCIATION, as Trustee, successor-in-interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of Greenwich Capital Commercial Funding Corp., Commercial Mortgage Trust 2004-GG1, Commercial Mortgage Pass-Through Certificates, Series 2004-GG1; BANK OF AMERICA, N.A., successor by merger to LaSalle Bank National Association, as Trustee for the Registered Holders of Mezz Cap Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2004-C1, by and through CWCapital Asset Management LLC, solely in its capacity as Special Servicer,

    Creditors – Appellees.

_____

## AMENDED SUPPLEMENTAL BRIEFING ORDER
_____

This order supersedes the court's supplemental briefing order issued on January 5, 2015.

The court directs the parties to file supplemental briefs by February 3, 2015 addressing the following issues:

 (1) whether the pending bankruptcy matter referenced in appellant's brief affects these appeals, including an explanation of why or why not;

 (2) whether these appeals should be held in abeyance until the pending bankruptcy matter is resolved; and

 (3) whether the district court's order is a final order or an interlocutory order under 28 U.S.C. § 158(d).

            For the Court

            /s/ Patricia S. Connor, Clerk